AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>LARRY CHARVEL BROWN<br><br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)           8:23-mj-1178-CPT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 21, 2023__ in the county of __Pasco__ in the __Middle__ District of __Tampa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Nathaniel M. Russ, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: FEBRUARY 22, 2023

*Judge's signature*

City and state: Tampa, FL        CHRISTOPHER P. TUITE, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Nathaniel M. Russ, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI, and I have been employed with the FBI since March 2020. After completing FBI Academy training, I was assigned to the FBI Tampa Division, Tampa Field Office. I am presently assigned to the FBI Tampa Division, Violent Crime Task Force, where my duties include investigating a variety of criminal violations of federal laws, including but not limited to, gang/criminal enterprise investigations, crimes of violence, drug trafficking, firearms offenses, and threat investigations.

2. This affidavit is made in support of an application for an arrest warrant for Larry Charvel **Brown** in violation of 21 U.S.C § 841 Possession with Intent to Distribute a Controlled Substance. The evidence shows that on February 21, 2023, **Brown** possessed 50 grams or more of a substance containing a mixture of methamphetamine, and approximately 21 grams including bag weight of suspected fentanyl during a traffic stop conducted at 35235 Janine Drive, Zephyrhills, Florida 33541 by the Florida Highway Patrol ("FHP") at approximately 11:45 a.m.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable

cause for the requested warrant and does not set forth all of my knowledge about this matter.

### PROBABLE CAUSE

4.  **Brown** previously pleaded guilty to an information on or about August 25, 2022, for possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine. See *United States v. Larry Charvel Brown*, Case No. 8:22-cr-224-SDM-AEP. He is on pretrial release and his sentencing is scheduled before Judge Merryday on April 11, 2023.

5.  Since January 2023, FBI, PCSO, and ZPD have been investigating a drug-trafficking organization (hereinafter, "DTO") based out of Pasco County, FL. **Brown** was identified by ZPD and PCSO as a drug dealer who was buying and selling large quantities of methamphetamine and fentanyl.

6.  FBI learned that **Brown** was living at 32347 Fish Hook Loop, Wesley Chapel, Florida 33545 ("PREMISES"). **Brown** provided the aforementioned address to his pretrial services officer. Additionally, FBI knew **Brown** to be utilizing a gold Chevrolet Equinox bearing Florida tag "QNXR05" (hereinafter, "Gold Equinox"). During several previous surveillance operations and spot-checks, the Gold Equinox was observed parked nearby the PREMISES.

7.  On February 21, 2023, FBI, FHP, PCSO, and ZPD conducted a surveillance operation of **Brown**. An FBI surveillance plane was utilized during the surveillance operation.

8. On February 21, 2023, at approximately 10:10 a.m., **Brown** was observed leaving the PREMISES and entered the Gold Equinox. **Brown** was then observed driving to the Publix grocery store located at 32765 Eiland Boulevard, Zephyrhills, Florida 33545.

9. After leaving the Publix grocery store, **Brown** was observed driving to a residence located at 32349 Smart Drive, Zephyrhills, Florida 33545. **Brown** was observed at the residence for approximately five minutes.

10. **Brown** was then observed stopping at an additional residential address located at 3830 Loury Drive, Zephyrhills, Florida 33543. **Brown** was at the aforementioned address for approximately ten minutes.

11. **Brown** was then observed returning to the PREMISES.

12. On February 21, 2023, at approximately 11:30 a.m., **Brown** was observed leaving the PREMISES and entered the Gold Equinox. The Gold Equinox was parked at 5024 Anclote River Street, Wesley Chapel, Florida 33545, which was one street west of the PREMISES.

13. On February 21, 2023, at approximately 11:45 a.m., the FHP attempted to initiate a traffic stop on the Gold Equinox for excessive window tint in violation of Florida state law. The Gold Equinox failed to pull over and began to flee from FHP. The Gold Equinox was then observed stopping at 35235 Janine Drive, Zephyrhills, Florida 33541. FHP observed **Brown** fleeing from the Gold Equinox with a brown plastic bag in his hand.

14. A law enforcement perimeter was set near the traffic stop. A short time later, **Brown** was spotted by a ZPD officer fleeing into the nearby woods at 35605 Wickingham Court, Zephyrhills, Florida 33541. The ZPD officer commanded **Brown** to stop. **Brown** complied and was taken into law enforcement custody without incident. During the search of **Brown**, the paper bag was not located.

15. Law enforcement began searching the nearby area where **Brown** was observed fleeing from the Gold Equinox. Law enforcement located a white rocky substance wrapped in cellophane on the grass behind the residence of 35234 Janine Drive, Zephyrhills, Florida 33541. Additionally, law enforcement located a Publix grocery store receipt that had a time and date stamp that coincided with the timeframe that **Brown** was observed at Publix. In addition, a large package of a crystal-like substance was observed on the roof of 35234 Janine Drive, Zephyrhills, Florida 33541. Law enforcement retrieved the crystal-like substance from the roof of that residence.

16. FHP conducted a field test of the white rocky substance that was located on the grass behind 35234 Janine Drive, Zephyrhills, Florida 33541. The field test revealed a positive indicator for fentanyl. FHP packaged the fentanyl for evidence. The fentanyl was weighed at approximately 20.2 grams total package weight.

17. FHP conducted a field test of the crystal-like substance that was located on the roof of 35234 Janine Drive, Zephyrhills, Florida 33541. The field test revealed

4

a positive indicator for methamphetamine. FHP packed the methamphetamine for evidence. The methamphetamine was weighed at approximately 129.4 grams total package weight.

18. Later, on February 21, 2023, at approximately 8:38 p.m., a search warrant was issued by United States Magistrate Judge Christopher P. Tuite for **Brown's** residence at 32347 Fish Hook Loop, Wesley Chapel, FL.

19. In the evening of February 21, 2023, search team members from FBI and PCSO conducted a search of the address. A clear plastic bag containing a trafficking amount of suspected methamphetamine was recovered inside of a shoe box in a hallway closet on the first floor of the residence next to the garage; three clear bags of suspected marijuana were recovered on a living room table in plain view; and $10,840 in U.S. currency was recovered in the master bedroom located in plain view on bedroom furniture and in a shoe box underneath the bed. In addition, various ammunition of different sizes were recovered. In my knowledge of the investigation, **Brown** is a convicted felon and is not authorized to be in possession of firearms or ammunition. An interstate nexus analysis of the ammunition was not completed at the time this affidavit was submitted to the Court.

## AUTHORIZATION REQUEST

20. Based on the foregoing, I have reason to believe that there is probable cause that Larry Charvel **Brown** has violated 18 U.S.C. § 841 Possession with Intent

to Distribute a Controlled Substance. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Special Agent Nathaniel M. Russ
Federal Bureau of Investigation

Sworn to before me and signed in my presence.this 22 day of February, 2023.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

6